UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JONNIE GRAYDON                                         CIVIL ACTION

VERSUS

EASTERN LA MENTAL HEALTH                 NO. 20-00349-BAJ-RLB
SYSTEM STAFF

## RULING AND ORDER

On June 5, 2020, Plaintiff, a person confined at the Eastern Louisiana Mental Health System in Jackson, Louisiana, filed a *pro se* Complaint. (Doc. 1). Plaintiff's Complaint was not on an approved form, and Plaintiff did not pay the required filing fee or, alternatively, file a motion to proceed *in forma pauperis*. By correspondence dated July 8, 2020 the Court directed Plaintiff to correct these deficiencies within 21 days, or risk dismissal without further notice. (Doc. 2).

The record reflects that, despite notice, Plaintiff has failed to respond to the Court's directives, and has failed to correct the above-referenced deficiencies.

Accordingly,

**IT IS ORDERED** the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**. Judgment shall be entered separately.

Baton Rouge, Louisiana, this 15th day of April, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA